IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         vs.<br><br>REUBEN ROWE,<br><br>                              Defendant. | **8:19CR116**<br><br><br>**ORDER** |

This matter is before the Court on the defendant's motion (Filing No. 79) requesting the Clerk of Court provide him with a copy of the docket sheet, plea agreement, and indictment, without payment of costs.

On December 23, 2019, the Court accepted the defendant's plea of guilty pursuant to a plea agreement.  (Filing Nos. 59-62).  On May 8, 2020, the Court sentenced the defendant to a term of imprisonment.  The defendant did not appeal.  Other than this motion for copies, the defendant has no motions or cases pending before this court.  The defendant does not have the right to receive copies of documents without payment, even if he has leave to proceed in forma pauperis.  See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980).  Therefore, the Court is not inclined to order copies of the requested documents at the government's expense. As previously advised by the Clerk of the Court (Filing Nos. 77-78), the defendant may pay for the requested copies at the established rate of 50¢ per page.  Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 79) requesting free copies is denied.

Dated this 25th day of January, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge